NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


SCOTT O. KENT,                          )
                                        )
      Appellant,                      )
                                        )
v.                                      )          Case No. 2D20-57
                                        )
MELISSA KENT,                           )
                                        )
      Appellee.                       )
_____ )

Opinion filed September 18, 2020.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for Collier
County; Scott H. Cupp, Judge.

Stanford R. Solomon and Laura H.
Howard of The Solomon Law Group, P.A.,
Tampa, for Appellant.

John S. Long and Jennifer L. DeVries
of Long & Associates, P.A., Naples,
for Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.